

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00424-CR

Vanessa Rivera **MIRELES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 480304
Honorable Wayne A. Christian, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED September 16, 2015.

_____
Patricia O. Alvarez, Justice